# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

YERLY B. LEE

      Debtor
_____/

Chapter 13
Case No. 09-16449-KRM

## ORDER DENYING MOTION FOR RELIEF FROM STAY BY WAUCHULA STATE BANK. AND GRANTING ADEQUATE PROTECTION

This case came before the Court for hearing on October 28, 2009 on a Motion for Relief from Stay filed by Wauchula State Bank. (docket no. 22). The Court having heard arguments of counsel, it is

ORDERED:

1. Conditioned on the Debtor's compliance with the terms of this order, the automatic stay shall continue in full force and effect as to the following property:

a. real estate and residence at 2292 Greenleaf Rd., Wauchula, FL;
b. two mobile homes described as follows: 1968 Palm HS Serial No. CMP387; 1968 Palm HS Serial No. CMP416;
c. two vehicles described as follows: 1995 Chevrolet Pickup VIN 1GNHC34F6SE253425; Chevrolet Van VIN 1GCFG29T431109302.

2. As adequate protection for the Creditor's interest in the Collateral, the Debtor shall:

a. keep the property insured with Creditor listed as loss payee and provide proof of insurance to Creditor's attorney within 14 days of any request by Creditor.

b. allow Creditor to inspect the collateral on reasonable notice.

c. file an amended Chapter 13 Plan to conform to Creditor's Proof of Claim within 10 days of the date of this Order treating the claim as a first mortgage and proposing payment in full over 60 months.

d. pay the sum of $1073 each month to Creditor directly beginning November 1, 2009 with 10 days grace.

3. In the event of a Default, the Court shall immediately without notice or hearing grant the Creditor *in rem* relief from stay to exercise its rights with respect to the Collateral upon the filing of an Affidavit of Default stating that Creditor's attorney has given a 72 hour telephonic notice of default to Debtor's attorney and the default has not been cured.

4. The Court reserves jurisdiction to award attorneys fees and costs to Creditor upon application for same.

DONE AND ORDERED on November 13, 2009.

K. RODNEY MAY
United States Bankruptcy Judge

cc:

**Debtor:** Yerly B. Lee, 2292 Greenleaf Road, Wauchula, FL 33873.
**Attorney for Debtor**: David R. Singha, Clark & Washington, P.C., 4107 West Spruce Street, Suite 200, Tampa, FL 33607
**Trustee:** Terry E. Smith, PO Box 6099, Sun City Center, FL 33571
**Attorney for Creditor**: Shirley C. Arcuri, P.O. Box 10918, Tampa, FL 33679-0918

6110-095 OAP