# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

YERLY B. LEE

      Debtor
_____/

Chapter 13
Case No. 09-16449-KRM

## MOTION TO ALLOW ATTORNEYS FEES AND COSTS FOR SECURED CREDITOR

Wauchula State Bank, by and through the undersigned attorney, moves this court for allowance of attorneys fees and costs. As grounds for this Motion, Movant would show the Court as follows:

1. Debtor filed this case on July 30, 2009.

2. Wauchula State Bank is a secured creditor of this Debtor in the amount of $47,277.62 plus interest, costs and attorneys fees accrued since the date of filing, secured by a first mortgage on real estate and residence at 2292 Greenleaf Rd., Wauchula, FL as well as liens on two mobile homes and two vehicles described as follows: 1968 Palm HS Serial No. CMP387; 1968 Palm HS Serial No. CMP416; 1995 Chevrolet Pickup VIN 1GNHC34F6SE253425; Chevrolet Van VIN 1GCFG29T431109302. At the time this mortgage was given, it was a second mortgage. The first mortgage was held by Wauchula State Bank and the debt secured by that mortgage was later paid in full and that mortgage was satisfied of record.
.

3. Debtor erroneously listed Wauchula State Bank as having a second mortgage in the information on her schedules. Debtor provided in the plan that the lien would be avoided. No adequate protection was offered. Therefore, Movant was represented at the meeting of creditors which was continued due to failure of the Debtor to appear at the first scheduled date. In addition, the undersigned attorney spent a considerable amount of time reviewing mortgage documents and consulting with the Bank as there is a lengthy loan history on this debt. Moreover, Debtor failed to list on her schedules a separate parcel of real estate which she owns jointly with others, thereby requiring additional document review.

4. Movant filed a Motion for Relief from Stay and was granted adequate protection. Upon Debtor's default, Movant was granted relief from stay by order of December 10, 2009. A foreclosure suit will be filed and Movant requests an order allowing attorneys fees so that those fees may be sought as part of the foreclosure.

5. Debtor lists the value of the real estate on Schedule A as $180,000. The second mortgage is held by Washington Mutual Bank pursuant to record, although Debtor lists the mortgage on the schedules as being held by J.P. Morgan Chase and the amount owed as in excess of $216,000.

6. Movant's undersigned attorney has performed professional services for Movant as shown on the attached summary of fees and costs. Pursuant to the terms of the Mortgage, Movant is entitled to "reasonable attorneys' fees and expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction)". A copy of the Mortgage is attached to the Motion for Relief filed herein (Doc. No. 22). Additional fees should be awarded for the preparation and filing of this Motion and attendance at any hearing on the Motion.

Wherefore, Movant requests this Court to allow attorneys fees and costs for Movant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Motion to Allow Attorneys Fees and Costs** has been served on this **15th day of December, 2009** either by electronic transmission or by US first class mail postage prepaid to the following addresses:
**Debtor:** Yerly B. Lee, 2292 Greenleaf Road, Wauchula, FL 33873.
**Attorney for Debtor**: David R. Singha, Clark & Washington, P.C., 4107 West Spruce Street, Suite 200, Tampa, FL 33607
**Trustee:** Terry E. Smith, PO Box 6099, Sun City Center, FL 33571

/s/ Shirley C. Arcuri
SHIRLEY C. ARCURI
SHIRLEY C. ARCURI, P.A.
P.O. Box 10918
Tampa, FL 33679-0918
(813) 857-4081 / (813) 837-2182 Fax
Florida Bar #236071

6110-095 Mo for Fees